# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In Re: Village Roadshow Entertainment Group USA Inc., *et al.* | |
| Warner Bros. Entertainment, Inc., <br><br>              Appellant, <br><br>   v. <br><br>Village Roadshow Entertainment Group USA Inc., *et al.* <br><br>              Appellees. | Civil Action No. 25-cv-01405 <br><br><br><br>Bankruptcy Case No. 25-10475 <br>Bankruptcy BAP No. 25-54 |

## [PROPOSED] ORDER GRANTING WARNER BROS. ENTERTAINMENT INC.'S UNOPPOSED MOTION FOR LEAVE TO EXCEED WORD LIMITS FOR ITS EMERGENCY MOTION FOR STAY PENDING APPEAL

Upon consideration of the motion (the "Motion")[1] by the above-captioned Appellant, Warner Bros. Entertainment Inc. ("Warner Bros."), for entry of an order permitting Warner Bros. to file its Stay Motion in excess of the word count limit set forth in Bankruptcy Rule 8.013(f)(3)(A); and it appearing that this Court has jurisdiction to consider the Motion pursuant to 28 U.S.C. §§ 1334; and it appearing that due and adequate notice of the Motion has been given under the circumstances, and that no other or further notice need be given; and after due deliberation and sufficient cause appearing therefor, it is **HEREBY ORDERED THAT**:

---

[1] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them as set forth in the Motion.

      1.      The Motion is **GRANTED.**

      2.      Warner Bros. is authorized to file the Stay Motion exceeding the word count limits of Bankruptcy Rule 8013(f)(3)(A).


Dated: _____             _____
                                                                   United States District Judge