IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: )<br>)<br>VILLAGE ROADSHOW )<br>ENTERTAINMENT GROUP USA INC., )<br>et al., )<br>)<br>          Debtors. )<br>_____ )<br>WARNER BROTHERS )<br> ENTERTAINMENT INC., )<br>)<br>          Appellant, )<br>)<br>     v. )<br>)<br>VILLAGE ROADSHOW )<br>ENTERTAINMENT GROUP USA, INC. )<br>and ALCON MEDIA GROUP, LLC, )<br>)<br>          Appellees. )<br>_____ ) | Chapter 11<br>Bankruptcy Case No.: 25-10475-TMH<br>Bankr BAP No. 25-0054<br><br><br><br><br><br><br><br>Civil Action No. 25-1405-CFC |

**ORDER**

At Wilmington, Delaware, this **22nd day of December 2025,**

WHEREAS, pursuant to Section 1 of the Procedures to Govern Mediation of Appeals from the United States Bankruptcy Court for this District ("Procedures"), dated July 19, 2023, the Court conducted an initial review of this matter, including having gathered information from the parties and their counsel, in order to determine the appropriateness of mediation for the case;

WHEREAS the parties jointly agree that their disputes here cannot be resolved through mediation and the Court agrees;

THEREFORE, pursuant to Section 1 of the Procedures, the Court determines that mediation is not appropriate in this matter and recommends that the assigned District Judge issue

an order withdrawing the matter from mediation and setting the following appellate briefing schedule (agreed to by the parties):

1. Appellant's Opening Brief shall be filed on January 20, 2026.

2. Appellees' Answering Brief(s) shall be filed within 28 days after service of Appellant's Opening Brief.

3. Appellant's Reply Brief shall be filed within 14 days after service of Appellees' brief(s).

*Christopher J. Burke*
Christopher J. Burke
UNITED STATES MAGISTRATE JUDGE