IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| IN RE: VILLAGE ROADSHOW | : | Chapter 11 |
| ENTERTAINMENT GROUP USA, INC., | : | Case No. 25-10475 (TMH) |
| *et al.,* | : | (Jointly Administered) |
| Debtors. | : | |

_____

| | | |
|---|---|---|
| WARNER BROTHERS | : | |
| ENTERTAINMENT, INC., | : | |
| | : | Civ. No. 25-1405-CFC |
| Appellant, | : | |
| v. | : | |
| | : | |
| VILLAGE ROADSHOW | : | |
| ENTERTAINMENT GROUP USA, INC., | : | |
| *et al.,* | : | |
| Appellees. | : | |

_____

**ORDER**

For the reasons set forth in the accompanying Memorandum, it is HEREBY ORDERED:

1.     The Parties' unopposed motions for leave to exceed the word limitations (D.I. 7, 45, 47) are GRANTED.

2.     Appellant's unopposed Motion to Seal (D.I. 9) is GRANTED.

3.     Appellant's Emergency Motion for Stay Pending Appeal (D.I. 6) is DENIED.

4.     The Recommendation (D.I. 55) is ADOPTED and the following briefing schedule shall govern briefing on the merits of the appeal: appellant's opening brief shall be filed on January 20, 2026; appellees' answering brief(s) shall be filed within 28 days

after service of appellant's opening brief; and appellant's reply brief shall be filed within

14 days after service of appellees' brief(s).

Entered this _25rd_ day of December 2025.

_____

CHIEF JUDGE