# UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

No. 25-3555

In re: Village Roadshow Entertainment Group USA, et al

(D. Del. No.: 1:25-cv-01405)

**ORDER**

    It is hereby ORDERED that the above matter is dismissed pursuant to Fed. R. App. P. 42(b). A certified copy of this order is issued in lieu of a formal mandate.

For the Court,

s/ Patricia S. Dodszuweit
Clerk

Dated:   December 31, 2025
CLW/arr/cc:
Kimberly A. Brown, Esq.
Benjamin C. Carver, Esq.
Scott P. Drake, Esq.
Katherine S. Dute, Esq.
Brynna M. Gaffney, Esq.
Matthew B. Harvey, Esq.
Emma L. Jones, Esq.
Randall C. Lohan,
Curtis S. Miller, Esq.
Joseph M. Mulvihill, Esq.
Colin R. Robinson, Esq.
Casey Sawyer, Esq.
Soumya P. Venkateswaran, Esq.
Steve Warren, Esq.
George A. Williams III, Esq.



**A True Copy:**

Patricia S. Dodszuweit, Clerk
Certified Order Issued in Lieu of Mandate