IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| IN RE: VILLAGE ROADSHOW ENTERTAINMENT GROUP USA, INC., *et al.*, Debtors. | : | Chapter 11<br>Case No. 25-10475 (TMH)<br>(Jointly Administered) |
| WARNER BROTHERS ENTERTAINMENT, INC., Appellant, v. VILLAGE ROADSHOW ENTERTAINMENT GROUP USA, INC., *et al.*, Appellees. | : | Civ. No. 25-1405-CFC |

**ORDER GRANTING WARNER BROS. ENTERTAINMENT INC.'S UNOPPOSED MOTION TO VOLUNTARILY DISMISS APPEAL**

Upon consideration of the unopposed motion (D.I. 61) ("Motion") of appellant, Warner Bros. Entertainment Inc., for entry of an order dismissing this appeal; and sufficient cause appearing therefor, it is hereby ORDERED that:

1. The Motion is GRANTED.

2. The above-captioned appeal is DISMISSED without prejudice.

Entered this 12th day of January, 2026.

[signature]
CHIEF JUDGE